October 15, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

DAYBREAK EXPRESS, INC., Appellant

NO. 14-09-01032-CV                         V.

LEXINGTON INSURANCE COMPANY, AS SUBROGEE OF BURR
COMPUTER ENVIRONMENTS, INC. AND J. SUPOR & SONS TRUCKING &
RIGGING CO., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, LEXINGTON INSURANCE COMPANY, AS SUBROGEE OF BURR COMPUTER ENVIRONMENTS, INC. and J. SUPOR & SONS TRUCKING & RIGGING CO., signed August 10, 2009, was heard on the transcript of the record. We have inspected the record and find the trial court erred in awarding attorney's fees to Lexington. We **REVERSE** the portion of the trial court's judgment awarding attorney's fees to Lexington, and **RENDER** judgment that Lexington take nothing with respect to attorney's fees.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.